NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30623
31-MAY-2011
08:02 AM**

NO. 30623

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHRIS GRINDLING, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 09-1-0027(2))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Petitioner-Appellant Chris Grindling (Appellant) filed a notice of appeal on July 20, 2010; (2) on December 2, 2010, the appellate clerk filed a notice of entering case on calendar and informed Appellant the statement of jurisdiction was due on December 13, 2010, and the opening brief was due on January 11, 2011; (3) Appellant did not file the statement of jurisdiction or

the opening brief; (4) on April 27, 2011, the appellate clerk mailed a notice to Appellant informing him that: (a) the time to file the statement of jurisdiction and the opening brief expired; (b) the matter would be brought to the attention of the court on May 9, 2011 for such action as the court deems proper; and (c) the appeal may be dismissed pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 30; (5) the notice, which was sent to Appellant's last known address, was returned with a notation that it was undeliverable and that the post office was unable to forward it; and (6) apart from filing the notice of appeal, Appellant has taken no other steps to prosecute his appeal, and he has not provided the court with a current mailing address. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawaiʻi, may 31, 2011.

Chief Judge

Associate Judge

Associate Judge

-2-